UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, and Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD MARKOWITZ, AMERICAN BIG BIKE, INC., a Florida corporation, T & HM Holdings, Inc., a Florida corporation, and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-1972-SJO-FFM<br><br>JUDGMENT IN FAVOR OF PLAINTIFF WILLIAM J. HOFFMAN'S ON HIS MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Ctrm: 10C, 10th Floor<br>Judge: Hon. S. James Otero |

///

///

///

# **JUDGMENT**

The Court, having considered the Motion for Partial Summary Judgment ("Motion") filed on June 19, 2017, by Plaintiff William J. Hoffman ("Receiver"), Court-appointed receiver for Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3, LLC, and their subsidiaries and affiliates, all papers in support of and in opposition thereto, and good cause appearing therefor as explained in the reasons set forth in this Court's Order Granting In Part Receiver's Motion for Partial Summary Judgment (Dkt. No. 48), hereby ORDERS, ADJUDGES, AND DECREES as follows:

1. The Receiver's Motion is granted in part; and
2. Judgment is entered in favor of the Receiver as against Defendant Howard Markowitz for disgorgement of referral fees in the amount of $749,877.00
3. Interest to accrue on this judgment pursuant to 28 U.S.C. § 1961.

Dated: August 11, 2017

Hon. S. James Otero
Judge, United States District Court